STUART ET AL. *v.* WILSON, ATTORNEY GENERAL
OF TEXAS, ET AL.

No. 495.   Decided January 11, 1960.

*James L. McNees, Jr.* for appellants.

*Will Wilson,* Attorney General of Texas, and *John Wildenthal, Jr.* and *Tom I. McFarling,* Assistant Attorneys General, for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

LEWIS *v.* MOORE ET AL.

No. 540.   Decided January 11, 1960.

*Herman L. Taylor* and *Samuel S. Mitchell* for appellant.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.